J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:     (818) 500-3200
Facsimile:      (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br>v.<br><br>Sherman Terry, Custom Access, Inc. and Does 1 through 10, inclusive,<br><br>    Defendants. | Case No. C09-1075 MMC<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON |

PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff"), by and through its counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby requests as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter for June 19, 2009, at 10:30 a.m.;

WHEREAS Defendant was served with Summons and Complaint on or about April 17, 2009;

WHEREAS Plaintiff filed the Proof of Service on or about April 24, 2009;

WHEREAS Plaintiff filed a Request for Entry of Default on or about June 9, 2009;

WHEREAS Plaintiff is waiting for the Clerk to enter Defendant's default and will then file its Motion for Entry of Default Judgment ("Motion");

WHEREAS Plaintiff will then need to wait at least five (5) weeks to be heard on its Motion;

WHEREAS there have been no prior continuances requested by the Parties; and

NOW, THEREFORE, Plaintiff requests that the Case Management Conference in the above captioned matter be continued until August 14, 2009, or a date thereafter acceptable to the Court.

Dated: June 10, 2009        J. Andrew Coombs, A Professional Corp.

By: _____/s/ Nicole L. Drey_____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED., specifically, the Case Management Conference ~~DATED: June ___, 2009~~ is continued to August 14, 2009.

Dated: June 12, 2009        _____/s/ Maxine M. Chesney_____
                            Maxine M. Chesney
                            UNITED STATES DISTRICT JUDGE