J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| Adobe Systems Incorporated, | Case No. C09-1075 MMC |
|---|---|
| Plaintiff, | REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON |
| v. | |
| Sherman Terry, Custom Access, Inc. and Does 1 through 10, inclusive, | |
| Defendants. | |

PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff"), by and through its counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby requests as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter for August 14, 2009, at 10:30 a.m.;

WHEREAS Defendant was served with Summons and Complaint on or about April 17, 2009;

WHEREAS Plaintiff filed the Proof of Service on or about April 24, 2009;

WHEREAS Plaintiff filed a Request for Entry of Default on or about June 9, 2009;

WHEREAS the Clerk entered Defendant's default on or about June 11, 2009;

WHEREAS Plaintiff has not been able to file its Motion for Entry of Default Judgment ("Motion") due to the over month-long sabbatical of a necessary declarant, who just returned this week;

WHEREAS in the process of preparing its Motion, Defendant contacted Plaintiff wishing to resolve this matter;

WHEREAS Plaintiff and Defendant require additional time in order to resolve this matter without the intervention of the Court;

WHEREAS both Plaintiff's counsel and Defendant would require significant travel to attend the Case Management Conference in San Francisco; and

NOW, THEREFORE, Plaintiff requests that the Case Management Conference in the above captioned matter be continued until October 2, 2009, or a date thereafter acceptable to the Court.

Dated: August 4, 2009            J. Andrew Coombs, A Professional Corp.

                                 By: _____
                                     J. Andrew Coombs
                                     Nicole L. Drey
                                 Attorneys for Plaintiff Adobe Systems Incorporated

## [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED, specifically, the Case Management Conference is continued to October 16, 2009. A Joint Case Management Statement shall be filed no later than October 9, 2009.

Dated: August 5, 2009            _____
                                 Maxine M. Chesney
                                 UNITED STATES DISTRICT JUDGE