J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, ) | Case No. C09-1075 MMC |
| ) | |
| Plaintiff, ) | REQUEST TO VACATE CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | AND ORDER THEREON |
| Sherman Terry, Custom Access, Inc. and Does 1 ) through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

     PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff"), by and through its counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., hereby requests as follows:

     WHEREAS the Court set the Scheduling Conference in the above-captioned matter for October 16, 2009, at 10:30 a.m.;

     WHEREAS Defendants were served with Summons and Complaint on or about April 17, 2009;

     WHEREAS Plaintiff filed the Proof of Service on or about April 24, 2009;

     WHEREAS Plaintiff filed a Request for Entry of Default on or about June 9, 2009;

     WHEREAS the Clerk entered Defendants' defaults on or about June 11, 2009;

     WHEREAS Plaintiff filed its Motion for Entry of Default Judgment ("Motion") on or about September 22, 2009;

     WHEREAS the hearing on Plaintiff's Motion is set for October 30, 2009;

WHEREAS the last communication received by Plaintiff from Defendants, despite several follow-up attempts, occurred on or about August 6, 2009; and

NOW, THEREFORE, Plaintiff requests that the Case Management Conference in the above captioned matter be vacated to allow for the hearing on Plaintiff's Motion.

Dated: October 1, 2009                    J. Andrew Coombs, A Professional Corp.


By: ___/s/ Nicole L. Drey_____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated


**~~[PROPOSED]~~ ORDER**

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: October   6 , 2009

_____
Maxine M. Chesney
UNITED STATES DISTRICT JUDGE