IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | No. C-09-1075 MMC |
| Plaintiff, | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |
| v. | |
| SHERMAN TERRY, et al., | |
| Defendants / | |

Before the Court is plaintiff Adobe Systems Incorporated's Motion for Entry of Default Judgment, filed September 22, 2009. No opposition has been filed.[1]

Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing previously scheduled for October 30, 2009.[2]

**IT IS SO ORDERED.**

Dated: October 23, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] On June 11, 2009, the Clerk entered default as to defendants Sherman Terry and Custom Access, Inc.

[2] In light of this order, plaintiff's Request to Appear Telephonically at said hearing is denied as moot.