IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

        Plaintiff,

  v.

SHERMAN TERRY, et al.,

        Defendants.

No. CV-09-1075 MMC

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Defendants are jointly and severally liable to plaintiff for damages in the amount of $250,000, plus post-judgment interest thereon.

2. Defendants, their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this injunction are hereby restrained and enjoined from infringing plaintiff's Copyrights, identified in Exhibit A, and Trademarks, identified in Exhibit B, either directly or contributorily in any manner, including generally, but not limited to, manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise that features any of plaintiff's Copyrights and Trademarks, and specifically, from:

    a. Importing, manufacturing, distributing, advertising, selling and/or offering for sale unauthorized counterfeit products or any other unauthorized products

1  that picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any
2  of plaintiff's Copyrights and Trademarks;
3        b. Importing, manufacturing, distributing, advertising, selling and/or
4  offering for sale in connection thereto any unauthorized promotional materials, labels,
5  packaging or containers that picture, reproduce, copy or use the likenesses of or bear a
6  confusing similarity to any of plaintiff's Copyrights and Trademarks;
7        c. Engaging in any conduct that tends to falsely represent, or is likely to
8  confuse, mislead or deceive purchasers, customers and/or members of the public into
9  believing, that the actions of defendants, the products sold by defendants, or defendants
10 themselves are connected or affliated with, or sponsored, approved or licensed by,
11 plaintiff; and/or
12       d. Affixing, applying, annexing or using in connection with the importation,
13 manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods
14 or services, a false description or representation, including words or other symbols,
15 tending to falsely describe or represent such goods as being those of plaintiff.

Dated: November 18, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk